UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WASHINGTON,<br><br>         Plaintiff,<br><br>    v.<br><br>STEVEN M. YAPLEE,<br><br>         Defendant. | Case No. 1:20-cv-01356-EPG (PC)<br><br>ORDER DISCHARGING ORDER PROVIDING DEFENDANT YAPLEE WITH THE OPPORTUNITY TO SHOW GOOD CAUSE FOR FAILING TO WAIVE SERVICE<br><br>(ECF No. 16) |

On March 22, 2021, the Court issued an order giving defendant Yaplee thirty days to show good cause for failing to waive service. (ECF No. 16). The Court warned defendant Yaplee that if he fails "to respond to this order or responds but fails to show good cause, the Court will impose the costs incurred in effecting service." (Id. at 2).

On April 12, 2021, defendant Yaplee filed a notice that "Defendant Steven M. Yaplee, M.D. mailed payment of $72.00 to the U.S. Marshal's Office … for service of process." (ECF No. 20, p. 1).

As defendant Yaplee paid the costs incurred in effecting service, IT IS ORDERED that the order to show cause issued on March 22, 2021, is DISCHARGED.

IT IS SO ORDERED.

    Dated:  **April 12, 2021**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

1