1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                           EASTERN DISTRICT OF CALIFORNIA

9

10    ROBERT WASHINGTON,                       Case No. 1:20-cv-01356-EPG (PC)

11              Plaintiff,
                                               ORDER RE: SUMMARY JUDGMENT
12         v.                                  BRIEFING SCHEDULE

13    STEVEN M. YAPLEE,

14              Defendant.

15

16         On March 4, 2022, Defendant filed a motion for summary judgment.  (ECF No. 37).  In

17    the notice, Defendant indicates that he believes "that a briefing schedule and hearing date will be

18    assigned according to the Court's calendar due to the nature of this case, and that such

19    information will be provided to all parties upon the filing of this motion."  (Id. at 1-2).

20         The Court has already set a briefing schedule for motions for summary judgment.  That is,

21    "[t]he deadline to file oppositions to dispositive motions, including motions for summary

22    judgment, is thirty days from the date the motion is filed.  The deadline to file replies to

23    oppositions is fourteen days from the date the opposition is filed."  (ECF No. 28, pgs. 5-6).  "If a

24    party needs an extension of any of these deadlines, that party may file a motion for an extension

25    of time."  (Id. at 6) (footnote omitted).

26    \\\

27    \\\

28    \\\

                                                    1

1        Additionally, the Court will not set a hearing on the motion for summary judgment at this

2    time.  <u>See</u> Local Rule 230(l).  The Court may, however, set a hearing after reviewing the motion

3    and opposition, if it determines that a hearing would be beneficial.

4

    IT IS SO ORDERED.

5

6        Dated:   **March 7, 2022**               /s/ *Erica P. Grosjean*

7                                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2