UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WASHINGTON,<br><br>            Plaintiff,<br><br>     v.<br><br>STEVEN M. YAPLEE,<br><br>            Defendant. | Case No. 1:20-cv-01356-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STAY FURTHER PROCEEDINGS<br><br>(ECF No. 49) |

      Robert Washington ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On August 8, 2022, Plaintiff filed a motion to stay further proceedings. (ECF No. 49). Plaintiff states that he filed a motion for appointment of counsel, and he asks for a stay until the Court rules on that motion. Additionally, Plaintiff received a reply from Defendant to his opposition to Defendant's motion for summary judgment. Plaintiff appears to state that he thought that the next step in the process was discovery, not a reply. Plaintiff asks the Court to set a deadline for Plaintiff to reply, if Plaintiff was incorrect and the reply must be replied to.

      Plaintiff's motion will be denied. The Court issued its ruling denying Plaintiff's motion for appointment of pro bono counsel on August 2, 2022. (ECF No. 48). Additionally, the next step in this case is not discovery. Non-expert discovery closed on January 28, 2022. (ECF No.

28). Additionally, Plaintiff does not need to reply to Defendant's reply, and there are no pending deadlines in this case.  Defendant's motion for summary judgment has been fully briefed, and the Court will, in due course, issue findings and recommendations on the motion for summary judgment.

    For the foregoing reasons, IT IS ORDERED that Plaintiff's motion to stay further proceedings (ECF No. 49) is denied.

IT IS SO ORDERED.

Dated:  **August 9, 2022**                          /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE