UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WASHINGTON,<br><br>                            Plaintiff,<br><br>        v.<br><br>STEVEN M. YAPLEE,<br><br>                            Defendant. | Case No. 1:20-cv-01356-EPG (PC)<br><br>ORDER DIRECTING DEFENSE COUNSEL TO CONTACT ADR COORDINATOR WITHIN FOURTEEN DAYS TO SCHEDULE SETTLEMENT CONFERENCE |

On October 13, 2022, the Court denied Defendant's motion for summary judgment. (ECF No. 51). Pursuant to this Court's order (ECF No. 34), on October 27, 2022, Defendant filed an updated settlement conference report, asking the Court to set a settlement conference (ECF No. 54).

Accordingly, IT IS ORDERED that defense counsel has fourteen days from the date of service of this order to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a settlement conference.

IT IS SO ORDERED.

Dated:   **October 28, 2022**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE