1

2

3

4

5

6

7  UNITED STATES DISTRICT COURT

8  EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 ROBERT WASHINGTON, | Case No. 1:20-cv-01356-EPG (PC) |
| 11                    Plaintiff, | ORDER RE: PLAINTIFF'S OPPOSITION TO DEFENDANT'S NOTICE OF TAKING |
| 12        v. | DEPOSITION |
| 13 | (ECF No. 62) |
| 14 STEVEN M. YAPLEE, | |
| 15                    Defendant. | |
| 16 | |

17      Robert Washington ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis*

18  in this civil rights action filed pursuant to 42 U.S.C. § 1983.

19      On December 13, 2022, Plaintiff filed an opposition to Defendant's notice of taking

20  deposition.  (ECF No. 62).  Plaintiff alleges that on approximately November 28, 2022, Plaintiff

21  received a notice of deposition.  Plaintiff argues that the deadline to take his deposition has

22  passed, and that Defendant has not asked for leave of Court to take Plaintiff's deposition.

23  Plaintiff asks the Court to "deny defendant's order/notice for deposition or to show good cause

24  for this deposition and their failure to depose Plaintiff during the discovery schedule." (Id. at 1).

25      On December 22, 2022, Defendant filed a response.  (ECF No. 64).  Defendant states that,

26  on November 22, 2022, Defendant noticed Plaintiff's deposition.  Due to a calendaring error,

27  Defendant did not realize that the discovery deadline had already passed.  After receiving

28  Plaintiff's motion to set trial date, which was filed on November 23, 2022, Defendant realized

that the discovery deadline had passed, contacted Plaintiff's institution of confinement, and took Plaintiff's deposition off-calendar.  Defendant further states that if the case does not settle at the upcoming settlement conference, which is scheduled for January 18, 2023, Defendant will file a motion with the Court for an order allowing him to take Plaintiff's deposition and will fully brief the issue at that time.

Given Defendant's response, the Court will take no further action on Plaintiff's opposition to Defendant's notice of taking deposition.  If the case is not resolved at the upcoming settlement conference and Defendant files a motion for an order allowing him to take Plaintiff's deposition, Plaintiff may file an opposition to that motion within twenty-one days of the date of service of that motion.

IT IS SO ORDERED.

Dated:   __**January 3, 2023**__                        /s/ _Erica P. Grosjean_
                                                                  UNITED STATES MAGISTRATE JUDGE