UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WASHINGTON,<br><br>                              Plaintiff,<br><br>         v.<br><br>STEVEN M. YAPLEE,<br><br>                              Defendant. | Case No. 1:20-cv-01356-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRIAL DATE SCHEDULE<br><br>(ECF No. 71) |

Robert Washington ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 30, 2023, Plaintiff filed a motion for trial date schedule. (ECF No. 71). Plaintiff asks the Court to "set expert disclosure deadlines, a telephonic trial confirmation hearing, pretrial deadlines (if the court sees fit), and a trial date."[1] (Id. at 1).

On January 20, 2023, the Court issued a second scheduling order, setting these dates. (ECF No. 67).[2] Accordingly, IT IS ORDERED that Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **January 31, 2023**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The telephonic trial confirmation hearing is also referred to as a pretrial conference.
[2] It appears that Plaintiff mailed his motion to the Court before receiving the second scheduling order.

1