# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WAYNE WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVEN M. YAPLEE, M.D.,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:20-cv-01356-EPG (PC)<br><br><br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

**Robert Wayne Washington, CDCR # D-26245**, a necessary and material party in a **status conference in this case** on September 18, 2023, as well as a **jury trial in this case** beginning on September 19, 2023, is confined in Ironwood State Prison (ISP), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear in person with his legal property before Magistrate Judge Erica P. Grosjean at the U. S. District Court, Courtroom #10, 2500 Tulare Street, Fresno, California 93721, for the **status conference on Monday, September 18, 2023 at 1:30 p.m.**, and for the **trial beginning on Tuesday, September 19, 2023 at 8:30 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in the status conference and jury trial at the time and place above, with his legal property relevant to this case, and continuing from day to day until completion of the jury trial or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Ironwood State Prison at (760) 921-4307 or via email.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, ISP, P. O. Box 2229, Blythe, California 92226:**

**WE COMMAND** you to produce the inmate named above, with his legal property relative to this case, to appear before Judge Grosjean at the status conference and at jury trial at the time and place above, and from day to day until completion of the jury trial or as ordered by the court.

//
///
//
//
//

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **August 14, 2023**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

