**FILED**

SEP 20 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN M. YAPLEE, M.D.,<br><br>    Defendant. | Case No. 1:20-cv-01356-EPG (PC)<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF ROBERT WAYNE WASHINGTON, CDCR # D-26245, FOR TRIAL ON SEPTEMBER 21, 2023 AT 12:30 P.M. |

**Plaintiff Robert Wayne Washington, CDCR # D-26245,** shall be produced to testify, **along with his legal property,** before the United States District Court, at 2500 Tulare Street in Fresno, California at 12:30 p.m. on Thursday, September 21, 2023, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated:   September 20, 2023

　　　　　　　　　　　　　　　　　　　　　/s/ E.P.G.
　　　　　　　　　　　　　　　　　　　　　ERICA P. GROSJEAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1