**FILED**

SEP 2 1 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN M. YAPLEE, M.D.,<br><br>    Defendant. | Case No. 1:20-cv-01356-EPG (PC)<br><br>NOTICE THAT PLAINTIFF ROBERT WAYNE WASHINGTON, CDCR # D-26245, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 95) |

The jury trial in this matter commenced on September 21, 2023, and **Plaintiff Robert Wayne Washington, CDCR #D-26245**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Coordinator at Iron State Prison at (760) 921004307 or via email.

IT IS SO ORDERED.

Dated: September 21, 2023

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

1